ACCEPTED
05-13-01286-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/17/2015 9:42:37 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

September 16, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/17/2015 9:42:37 AM

LISA MATZ
Clerk

Ms. Lisa Matz, Clerk
Dallas Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas  75202-4653

> RE:  *Troy Hooper v. State of Texas*
> Trial Court No.:       F12-71997-R
> Appellate Court No.:   05-13-01286-CR

**Certification of Compliance with Rule 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I certify that on July 30, 2015, I sent to Mr. Hooper a copy of this Court's opinion and judgment, along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. Hooper at his last known address.

I have enclosed a copy of the return receipt, received by our office on August 10, 2015. The date of delivery is reflected as August 6, 2015. Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.

Sincerely,

/s/ *Julie Woods*
Julie Woods
Assistant Public Defender

Enclosure
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---

✎ 133 N. Riverfront Blvd., 9th Floor, LB 2 ✎ Dallas Texas 75207-4313 ✎ Phone: (214) 653-3550 ✎ Fax: (214) 653-3539 ✎

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Janice Nanuh_ ☒ Agent ☐ Addressee<br>B. Received by *(Printed Name)* _Janice Nanah_   C. Date of Delivery _8/6/15_ |
| 1. Article Addressed to:<br><br>Troy Hooper<br>TDCJ # 01897543<br>Michael Unit<br>2664 FM 2054<br>Tennessee Colony, Texas 75886 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>  *(Transfer from service label)* | 7013 2250 0002 2038 9084 |

PS Form 3811, July 2013     Domestic Return Receipt